```
John P. Lynch (SB#45543)
Law Offices of John P. Lynch
214 Grant Avenue, Ste. 301
San Francisco, CA 94108
TEL: (415) 623-2410
FAX: (415) 623-3602

Attorney for Plaintiff
Yolanda Rico-Chinn
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Yolanda Rico-Chinn,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>The Prudential Insurance Company of America and Does 1 through 10,<br><br>　　　　Defendants. | No. C 05-01975 MMC<br><br>ORDER PURSUANT TO STIPULATION SEALING PORTIONS OF RECORDS FILED IN THIS ACTION |

　　　　Plaintiff Yolanda Rico Chinn ("Plaintiff", herein) filed this action on December 30, 2005 in the Superior Court of California, County of Contra Costa. However, Defendant The Prudential Insurance Company of America, ("The Prudential", herein) filed its Notice of Removal based on Diversity Jurisdiction, 28 U.S.C.1332, in this court on May 13, 2005.

　　　　Complete copies of all prior proceedings in Superior Court of California, including Plaintiff's responses to The Prudential's requests for written discovery, were attached to The Prudential's Notice of Removal as Exhibits A through E. Those responses by Plaintiff, which were not filed in the Superior Court, included personal information such as her date of birth, Social Security number, and bank account numbers. In order to protect Plaintiff's Right to Privacy and also to prevent any attempt by members of the Public to steal her identify. It is hereby stipulated:

-1-

Order-Sealing records; #: C 05-01975 MMC

1. Exhibits B through E inclusive to The Prudential's Notice of Removal filed in the office of the Clerk of this Court may be sealed.

2. Exhibits B through E inclusive to The Prudential's Notice of Removal posted on the Court's website are to be locked.

3. Hard copies and E-Mail copies of Exhibits B through E inclusive to The Prudential's Notice of Removal delivered to the Court as chambers copies may continue to be used by the Court and the parties to this action provided steps are taken to ensure any information relating to Plaintiff's identify, including identity of her financial accounts, will not be revealed to members of the public.

Dated: _June 14, 2005_

_/s/ John P. Lynch_
John P. Lynch
Attorney for Plaintiff

Dated: _____

_____
Charan M. Higbee
Attorney for Defendant
The Prudential Insurance Company of America.

ORDER

The parties having stipulated to the foregoing, and good cause being found therefore,

IT IS SO ORDERED

DATED: June 14, 2005

**APPROVED**
**Judge Maxine M. Chesney**

_____
Maxine M. Chesney
United States District Court Judge

1. Exhibits B through E inclusive to The Prudential's Notice of Removal filed in the office of the Clerk of this Court may be sealed.

2. Exhibits B through E inclusive to The Prudential's Notice of Removal posted on the Court's website are to be locked.

3. Hard copies and E-Mail copies of Exhibits B through E inclusive to The Prudential's Notice of Removal delivered to the Court as chambers copies may continue to be used by the Court and the parties to this action provided steps are taken to ensure any information relating to Plaintiff's identify, including identity of her financial accounts, will not be revealed to members of the public.

Dated: _____
John P. Lynch
Attorney for Plaintiff

Dated: 6/14/05
Charan M. Higbee
Attorney for Defendant
The Prudential Insurance Company of America.

ORDER

The parties having stipulated to the foregoing, and good cause being found therefore,

IT IS SO ORDERED

DATED: _____
Maxine M. Chesney
United States District Court Judge

-2-

Order-Sealing records; #: C 05-01975 MMC