**CHAMBERS COPY**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**E-Filing**

| | |
|---|---|
| YOLANDA RICO-CHINN, | No. C 05 01975 MMC |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER SELECTING ADR PROCESS |
| v. | |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, and DOES 1 through 10, Defendants. | ADR CERTIFICATION |

The parties stipulate to participate in the following ADR process:

**Court Processes:**

☐ Arbitration    ☐ ENE    ☐ Mediation

*(To provide additional information regarding timing of session, preferred subject matter expertise of neutral, or other issues, please attach a separate sheet.)*

**Private Process:**

☒ Private ADR *(please identify process and provider)*

The parties have agreed to private mediation before James Mart at JAMS.

Dated: July 26, 2005          _____
                              Attorney for Plaintiff
                              JOHN P. LYNCH  (168413)

Dated: July 25, 2005          _____
                              Attorney for Defendant
                              Charan M. Higbee

IT IS SO ORDERED:

Dated: JUL 29 2005            _____
                              UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER SELECTING ADR PROCESS / ADR CERTIFICATION
G:\ADRALL\ADRPC3A.FRM
REV. 5/00

SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

(Note: This Certification must be signed by each party and its counsel.)

Dated: _____
[Typed name and signature of plaintiff]

Dated: July 26, 2005
[Typed name and signature of counsel for plaintiff]

Dated: JULY 19, 2005
[Typed name and signature of defendant]
LEONARD Giusti (#168417)

Dated: July 19, 2005
[Typed name and signature of counsel for defendant]
Charan M. Higbee

STIPULATION AND ORDER SELECTING ADR PROCESS / ADR CERTIFICATION
2