1  ADRIENNE C. PUBLICOVER (SBN 161432)
   CHARAN M. HIGBEE (SBN 148293)
2  WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
3  650 California Street, 14th Floor
   San Francisco, California 94108-2718
4  Telephone:   (415) 433-0990
   Facsimile:    (415) 434-1370
5
   Attorneys for Defendant
6  THE PRUDENTIAL INSURANCE COMPANY
   OF AMERICA
7

8

9                 UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11

12

13 YOLANDA RICO-CHINN,                        ) CASE No.: C 05 01975 MMC
                                              )
14          Plaintiff,                        )
                                              ) STIPULATION OF DISMISSAL WITH
15     v.                                     ) PREJUDICE AND ~~PROPOSED~~ ORDER
                                              ) THEREON [FRCP Rule 41(a)]
16                                            )
   THE PRUDENTIAL INSURANCE COMPANY )
17 OF AMERICA, and DOES                       )
   1 through 10,                              )
18                                            )
            Defendants.                       )
19                                            )
   _____ )
20

21 \ \ \

22 \ \ \

23 \ \ \

24 \ \ \

25 \ \ \

26 \ \ \

27
                                             1
28 STIPULATION OF DISMISSAL WITH PREJUDICE AND PROPOSED ORDER THEREON [FRCP Rule 41(a)]

   CASE NO: C 05 01975 MMC
   180253.1

1  IT IS HEREBY STIPULATED by and between the parties to this action, plaintiff Yolanda
2  Rico-Chinn and defendant The Prudential Insurance Company of America, acting through their
3  attorneys of record that the above-entitled action shall be dismissed with prejudice pursuant to Rule
4  41(a) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorneys'
5  fees.

7  Dated: 10/25/05                    WILSON, ELSER, MOSKOWITZ,
                                      EDELMAN & DICKER LLP

                                      (168417)

11  By: _____
                                      Adrienne C. Publicover
12                                    Charan M. Higbee
                                      Attorneys for Defendant
13                                    THE PRUDENTIAL INSURANCE
                                      COMPANY OF AMERICA

15  Dated: October 21, 2005           LAW OFFICES OF JOHN P. LYNCH


18  By: _____
                                      John P. Lynch
19                                    Attorney for Plaintiff
                                      YOLANDA RICO-CHINN

21                          **ORDER**

23  IT IS SO ORDERED.

25  Dated: October 26, 2005           _____
                                      The Honorable Maxine M. Chesney
26                                    U.S. DISTRICT COURT JUDGE

27
                                      2
28  STIPULATION OF DISMISSAL WITH PREJUDICE AND PROPOSED ORDER THEREON [FRCP Rule 41(a)]
    CASE NO: C 05 01975 MMC
    180253.1